UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00048-JPH-MG |
| KENNETH WILSON, | ) ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [81]. The Court now **ORDERS** that Kenneth Wilson's supervised release is therefore **REVOKED**, dkt. [74], and Mr. Williams is sentenced to the custody of the Attorney General or his designee for imprisonment of 3 months with no supervision to follow. The Court recommends placement as close to Indianapolis as possible with the lowest level security possible. Violation numbers 2 and 3 are **DISMISSED**. Defendant is ordered to self-surrender to the Bureau of Prisons as instructed.

**SO ORDERED.**

Date: 2/2/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C